Nicole E. Giacinti (SBN 233121)
Morris & Giacinti LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 553-3902
Fax: (415) 848-9130

Counsel for Defendant, Peggy Larez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>PEGGY LAREZ, et al.<br><br>         Defendant. | No.: **12-00792 YGR**<br><br>**STIPULATION AND ORDER REQUESTING LEAVE TO ATTEND MEMORIAL SERVICES**<br><br>Date:   January 24, 2013<br>Time:  9:30 a.m.<br>Court:  Honorable Yvonne Gonzalez Rogers |

1. On November 14, 2012, a detention hearing was held and the Court ordered Ms. Larez released to the custody of her mother in Red Bluff, California, with certain conditions, including electronic monitoring and home detention. Ms. Larez has been abiding by the conditions imposed by the court since her release.

2. Ms. Larez's father passed away Saturday, January 5, 2013, and memorial services are being held this week. Ms. Larez requests that she be allowed to attend memorial services for her father tomorrow, January 8, from 5:00 p.m. to 10:00 p.m.

///

///

///

///

3. Neither the government nor pretrial services object to the request that Ms. Larez be allowed to attend her father's memorial services tomorrow, January 8th, from 5:00 p.m to 10:00 p.m.

SO STIUPLATED:

Dated: January 7, 2013                         _____-s-_____
                                               Randy Luskey,
                                               Assistant United States Attorney

Dated: January 7, 2013                         _____-s-_____
                                               Nicole E. Giacinti,
                                               Attorney for Peggy Larez

### ORDER

For the reasons stated above, the Court grants Ms. Larez's request to attend memorial services held in honor of Ms. Larez's father on January 8, 2013, from 5:00 p.m. to 10:00 p.m. IT IS SO ORDERED.

Dated:  January 7, 2013                        _____
                                               HON. DONNA RYU
                                               United States Magistrate Judge

GRANTED
Judge Donna M. Ryu