Nicole E. Giacinti (SBN 233121)
Morris & Giacinti LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 553-3902
Fax: (415) 848-9130

Counsel for Defendant, Peggy Larez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>PEGGY LAREZ, et al.<br><br>        Defendant. | No.: **12-00792 YGR**<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING LEAVE TO TRAVEL**<br><br>Date:   August 22, 2013<br>Time:  2:00 p.m.<br>Court:  Honorable Yvonne Gonzalez Rogers |

1. On November 14, 2012, a detention hearing was held and the Court ordered Ms. Larez released to the custody of her mother in Red Bluff, California, with certain conditions, including electronic monitoring and home detention.

2. This Court recently allowed Ms. Larez to move to her daugther's home in Redding, California to escape an abusive living situation.

3. Ms. Larez's birthday is Friday, June 14, 2013, and Ms. Larez would like to have dinner with her daughter, son-in-law, and grandchildren at the Home Town Buffet. The Home Town Buffet is located at 1380 Churn Creek Road, Redding, California.

4. Ms. Larez requests that she be allowed to go to dinner at the Home Town Buffet in Redding on Friday June 14th from 6:30 p.m. to 9:00 p.m.

5. The government does not object to Ms. Larez's request that she be allowed to have a birthday dinner. Likewise, pretrial services officer Betty Kim does not object to Ms. Larez's request.

SO STIUPLATED:

Dated: June 12, 2013                  _____-s-_____
                                      Kathryn Haun,
                                      Assistant United States Attorney

Dated: June 12, 2013                  _____-s-_____
                                      Nicole E. Giacinti,
                                      Attorney for Peggy Larez

[PROPOSED] ORDER

For the reasons stated above, the Court grants Ms. Larez's request to modify her bail conditions so that she may have dinner on her birthday (June 14) at the Home Town Buffet located at 1380 Churn Creek Road, Redding, California from 6:30 p.m. to 9:00 p.m.

IT IS SO ORDERED.

Dated:  6/12/2013                     _____
                                      HON. DONNA RYU
                                      United States Magistrate Judge

[Stamp: GRANTED — Judge Donna M. Ryu — UNITED STATES DISTRICT COURT NORTHERN DISTRICT CALIFORNIA]